**Order entered April 23, 2020**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00926-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**VINCENT RUSSELL GIORDANO, Appellee**

**On Appeal from the County Criminal Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. M17-41558-C**

### ORDER

Before the Court is appellee's April 20, 2020 motion to accept his reply to additional authority and supplemental issue. In his motion, appellee requests permission to file a reply to the State's supplemental authority and a supplemental responsive brief, adopting the argument offered by appellee in *State of Texas v. Brian Carl Jones*, Case No. 05-19-00927-CR. Appellee's motion is **GRANTED** and appellee's brief tendered April 20, 2020, is **ORDERED** filed as of April 20, 2020.

/s/    ROBBIE PARTIDA-KIPNESS
JUSTICE